No. 92–1572.  HURWITZ v. SHER.  C. A. 2d Cir.  Certiorari denied.

No. 92–1573.  GRAHN ET AL. v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS AIRLINE DIVISION, LOCAL 608, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–1575.  MERCIER ET AL. v. SHERATON INTERNATIONAL, INC., AKA ITT-SHERATON INTERNATIONAL, INC.  C. A. 1st Cir.  Certiorari denied.

No. 92–1576.  SINSKEY v. PHARMACIA OPHTHALMICS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 92–1579.  GARRETT ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–1580.  COATS CO. v. CANTRELL.  Ct. App. Tex., 12th Dist.  Certiorari denied.

No. 92–1581.  LADEN v. CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–1582.  SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY v. CLAUDIO.  C. A. 2d Cir.  Certiorari denied.

No. 92–1584.  HOFFMAN, DEPUTY SHERIFF, BROWARD COUNTY, FLORIDA v. HARRIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HARRIS, ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 92–1590.  KURZ ET AL. v. MAIRONE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–1593.  PENIX v. UNITED STATES PAROLE COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 92–1595.  BRITTON v. MURRAY, BY NEVADA STATE WELFARE DIVISION, GUARDIAN AD LITEM, ET AL.  Sup. Ct. Nev.  Certiorari denied.